# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUITY RESIDENTIAL MANAGEMENT, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>ASIA NIXON , et al.<br><br><br>Defendant(s). | CASE NO:<br>2:14−cv−06751−MMM−FFM<br><br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(Pursuant to Local Rule 41) |

On 09/12/2014, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than 09/22/2014.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above−entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

**IT IS SO ORDERED.**

Dated: September 26, 2014

*Margaret M. Morrow*

_____
Margaret M. Morrow
United States District Judge